ORDERED.

**Dated: April 09, 2026**

_____
Lori V. Vaughan
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

IN RE:

**HORIZON WEST MEDICAL GROUP**
**PLLC, FKA HORIZON WEST**
**PEDIATRICS CENTER PLLC**
**DBA WINTER PARK PEDIATRICS**
**PLLC DBA HORIZON WEST**
**PEDIATRICS**

**CASE NO: 6:25-BK-08105-LVV**
**CHAPTER 11**

DEBTOR

_____/

**ORDER GRANTING ACAR LEASING LTD, INC., D/B/A GM FINANCIAL LEASING'S**
**MOTION FOR RELIEF FROM THE AUTOMATIC STAY (ECF. No. 59)**
**(Re: 2024 GMC SIERRA, VIN: 1GT401ELXRU402057)**

**THIS CASE** came before the Court at a hearing on April 7, 2026, at 1:30 p.m. upon the

_Motion for Relief from the Automatic Stay_ (ECF No. 59) (the "Motion") filed by ACAR

LEASING LTD, INC., D/B/A GM FINANCIAL LEASING, its successors and/or assigns

("Creditor"). Based on the record, it is

**ORDERED**:

1.  The Motion (ECF No. 59) is GRANTED.

2.  The automatic stay arising by 11 U.S.C. § 362 is terminated with respect to the property known as 2024 GMC Sierra, VIN: 1GT401ELXRU402057 (the "Collateral").

3.  This Order is entered for the sole purpose of allowing Creditor, its successors and/or assigns, to pursue its lawful *in rem* remedies as to the Collateral, including any steps necessary to exercise any and all rights it may have in the Collateral, to gain possession of said Collateral, and to furnish to Debtor any notices required under the contract, state or common law.

4.  Creditor, its successors and/or assigns, shall neither seek nor obtain any *in personam* relief against the Debtor.

5.  The Court waives the fourteen (14) day stay set forth in Bankruptcy Rule 4001(a)(4).

Attorney Teresa M. Hair is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within three days of entry of this order.